UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| D2 HOLDINGS, LLC, | ) | |
| | ) | |
| PLAINTIFF and DEFENDANT-IN-COUNTERCLAIM, | ) ) ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:16-CV-10453-DPW |
| | ) | |
| MRC II DISTRIBUTION COMPANY, L.P. | ) ) | |
| | ) | |
| DEFENDANT and PLAINTIFF-IN-COUNTERCLAIM, | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERNATIONAL GAMES TECHNOLOGY, INC., | ) ) | |
| | ) | |
| DEFENDANT. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the claims and counterclaims brought in the above matter.  No costs, no interest, and no attorneys' fees to either party.  There shall be no right to appeal.

This stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

D2 HOLDINGS, LLC

Dated: February 17, 2017

/s/ William C. Saturley
William C. Saturley (BBO 442800)
PRETI FLAHERTY BELIVEAU &
PACHIOS, PLLP
60 State Street, Suite 1100
Boston, MA 02109
617-226-3857
wsaturley@preti.com


MRC II DISTRIBUTION COMPANY, L.P. AND
INTERNATIONAL GAMES TECHNOLOGY,
INC.

Dated: February 17, 2017

/s/ Lee T. Gesmer
Lee T. Gesmer (BBO No. 190260)
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 92109
617.350.6800
lee.gesmer@gesmer.com

Admitted pro hac vice:

Dated: February 17, 2017

/s/ Michael J. Kump
Michael J. Kump (CA SBN 100983)
Gregory Korn (CA SBN 205306)
KINSELLA WEITZMAN ISER KUMP &
ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
310.566.9800
mkump@kwikalaw.com
gkorn@kwikalaw.com

11487981.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017, a true copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


/s/ William C. Saturley
William C. Saturley

11487981.1